```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CASA SYSTEMS, INC., <br>     Plaintiff, <br><br> v. <br><br> GRANT BLOOM, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-10775-MLW <br> ) <br> ) <br> ) |

PRELIMINARY INJUNCTION

WOLF, D.J.                                              May 21, 2020

For the reasons stated at the hearing on May 21, 2020, pursuant to Federal Rule of Civil Procedure 65, the Court finds that: (a) plaintiff Casa Systems, Inc. ("Casa") has a reasonable likelihood of success on the merits of its claims for breach of contractual duty to maintain confidentiality of trade secrets, and violation of the Massachusetts Trade Secrets Act, M.G.L. c. 93A, §42, et. seq., and the United States Defend Trade Secrets Act, 18 U.S.C. §1836, et. seq., as set forth in the Verified Complaint (Dkt. No. 1); (b) Casa will suffer irreparable injury if preliminary injunctive relief is not granted; (c) the harm that Casa will suffer absent an injunction outweighs the harm to defendant Grant Bloom that may result from the injunction; and (d) the entry of a preliminary injunction is in the public interest.

Therefore, Casa's Motion for Preliminary Injunction (Dkt. No. 2) is ALLOWED.

Accordingly, it is hereby ORDERED that Bloom:

1.  Shall not during the pendency of this case work with Harmonic, Inc., or any of its subsidiaries or affiliates, in any capacity that, directly or indirectly, has any responsibility for or involvement with business in the Caribbean, Mexico, or any country in Central or South America. Therefore, Bloom shall not, among other things, attempt to sell any competitive product or service to any person or entity in the Caribbean, Mexico, or any country in Central or South America that was, or to whom Casa had made or received a proposal to become, a customer or client of Casa at any time during the term of Bloom's employment with Casa.

2.  Shall not use or disclose Casa's Proprietary Information, as defined in the Assignment, Invention and Non-Disclosure Agreement entered into between Bloom and Casa.

3.  Shall immediately identify and return to Casa all Casa Proprietary Information in his possession, custody, or control.

4.  Shall not destroy or delete any data or information in his personal email accounts, including but not limited to accounts associated with the addresses grantbl02@yahoo.com and gbloom5666@gmail.com that is relevant to this case.

5.  Shall provide to Casa a log of any Casa Proprietary Information that was in his possession, custody, or control at any

time since February 28, 2020, and indicate as to each such item whether it has since been deleted or destroyed.

It is further ORDERED that:

6. This Order is binding on any other person, including but not limited to Harmonic, Inc., who is in active concert or participation with Bloom who receives actual notice of it. See Fed. R. Civ. P. 65(d)(2)(C).

7. Casa shall give security in the amount of $75,000 pursuant to Federal Rule of Civil Procedure 65(c).

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE